UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYDER HOMES OF CALIFORNIA, INC., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>AXIS SPECIALTY INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No. 16-cv-00122-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 16 |

On March 31, 2016, Plaintiffs filed a Notice of Settlement. ECF No. 16. Accordingly, all deadlines and hearings in this case are vacated. By May 18, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on June 8, 2016, which will be automatically vacated if a stipulation of dismissal is timely filed.

Any continuance of the deadline set in this order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
JON S. TIGAR
United States District Judge