UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYDER HOMES OF CALIFORNIA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AXIS SPECIALTY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 16-cv-00122-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF No. 23 |

The parties have filed a stipulation of dismissal dated July 19, 2016.  ECF No. 23. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 19, 2016

JON S. TIGAR
United States District Judge